Dennis Chavez Federal Building and United States Courthouse
500 Gold Avenue SW, 10th Floor
PO Box 546
Albuquerque, NM 87103−0546
505−348−2500/866−291−6805
www.nmb.uscourts.gov/

Case No.:   12−10518−s7
Chapter:  7
Judge:  James S. Starzynski
Judge/341 Location:  SA

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW MEXICO

**In re Debtor(s):**

Kelly Mark Armijo
 aka Kelly M. Armijo
2808 Damacio Rd NW
Albuquerque, NM 87104
SSN/ITIN(if any):  xxx−xx−9910

Adreiena Monique Armijo
 aka Adreiena M. Armijo
2808 Damacio Rd NW
Albuquerque, NM 87104
SSN/ITIN(if any): xxx−xx−1746

### FINAL DECREE

The estate of the debtor(s) having been fully administered,

IT IS ORDERED that Philip J. Montoya is discharged as trustee of the estate, the bond is cancelled, and this chapter 7 case is closed.

James S. Starzynski
United States Bankruptcy Judge

nm_finaldecree.jsp